# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

**FILED**
SEP 18 2007
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

DATE:   September 14, 2007

TO:     Laura A. Briggs
        United States District Court
        Southern District of Indiana
        Room 105
        46 E. Ohio Street
        United States Courthouse
        Indianapolis, IN  46204

FROM:   Clerk of the Court

RE:     06-3817
        Pisciotta, Luciano v. Old Nat'l Bancorp
        05 C 668, Larry J. McKinney, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                        TO BE RETURNED AT LATER DATE:
[1]     Volumes of pleadings                         [ ]
[ ]     Volumes of loose pleadings                   [ ]
[ ]     Volumes of transcripts                       [ ]
[ ]     Volumes of exhibits                          [ ]
[ ]     Volumes of depositions                       [ ]
[1]     In Camera material                           [ ]
[ ]     Other_____          [ ]

        _____
        Record being retained for use                [ ]
        in Appeal No. _____

Copies of this notice sent to:         Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        Received above mandate and record, if any, from the Clerk, U.S.
        Court of Appeals for the Seventh Circuit.
Date: _____   _Theresa M. Amato_____
(1071-120397)                              Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

Date: August 23, 2007

BEFORE:        Honorable KENNETH F. RIPPLE, Circuit Judge

Honorable DIANE P. WOOD, Circuit Judge

Honorable TERENCE T. EVANS, Circuit Judge

No. 06-3817

LUCIANO PISCIOTTA and DANIEL MILLS, on behalf of themselves and others similarly situated,
        Plaintiffs - Appellants

  v.

OLD NATIONAL BANCORP,
        Defendant - Appellee

Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division
No. 05 C 668, Larry J. McKinney, Chief Judge

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(1061-110393)

CERTIFIED COPY FILED  SEP 18 2007  U.S. CLERK'S OFFICE  INDIANAPOLIS, INDIANA

CERTIFIED COPY
True Copy
Teste:
Clerk of the United States Court of Appeals for the 7th Circuit.